**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PAUL SIFRE,

      Plaintiff,

vs.

CITY OF RENO et al.,

      Defendants.

Case No.: 3:14-cv-00060-RCJ-WGC

**ORDER**

This case arises out of alleged retaliation against a police sergeant by his superiors based on his protected speech. Pending before the Court are a Motion to Dismiss the Complaint (ECF No. 4) and a Motion to Dismiss the Amended Complaint (ECF No. 9). During the pendency of the present motion, and before the response was due, Plaintiff's counsel was suspended by the Nevada Supreme Court. The Court will therefore deny the first motion as moot and give Plaintiff sixty (60) days to: (1) associate substitute counsel or inform the Court that he will proceed in pro se; and (2) respond to the second motion to dismiss.

///

///

///

///

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Dismiss (ECF Nos. 4) is DENIED as moot.

IT IS FURTHER ORDERED that Plaintiff shall have sixty (60) days from the entry of this Order into the electronic docket to respond to the Motion to Dismiss (ECF No. 9).

IT IS FURTHER ORDERED that Plaintiff shall have sixty (60) days from the entry of this Order into the electronic docket to associate substitute counsel or notify the Court that he will proceed in pro se.

IT IS FURTHER ORDERED that the Case is STAYED for sixty (60) days from the entry of this Order into the electronic docket.

IT IS FURTHER ORDERED that Defendants' counsel shall serve a copy of this Order upon Plaintiff.

IT IS SO ORDERED.

Dated this 21st day of May, 2014.

_____
ROBERT C. JONES
United States District Judge